[No. 51717-1-I. Division One. October 4, 2004.]

*In the Matter of the Marriage of* LORRAINE C. GUNDERSON, *Respondent*, and ROBERT A. GUNDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-3-08096-6, Michael Hayden, J., entered December 20, 2002. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox, C.J., and Ellington, J.

[Nos. 52443-7-I; 53643-5-I. Division One. October 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY MARQUETTE MONROE, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 02-1-07005-8, Charles W. Mertel, J., entered May 5, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52467-4-I. Division One. October 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALAN BLESSUM, *Defendant*, KEVIN RAY MANNING, ET AL., *Appellants*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated October 25, 2004. Substitute opinion filed. See 125 Wn. App. 1003.

[No. 52753-3-I. Division One. October 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DOUGLAS OLIVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03438-8, Richard McDermott, J., entered July 21, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 52909-9-I. Division One. October 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. J.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-04924-1, LeRoy McCullough, J., entered July 25, 2003. *Affirmed* by unpublished per curiam opinion.